UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JERIMIE DIXON,

           Plaintiff,

   v.

EQUILON ENTERPRISES LLC,

           Defendant.

CASE NO. 3:23-CV-6200-DGE

ORDER TO SHOW CAUSE

The District Court has referred Plaintiff Jerimie Dixon's pending Application to Proceed *In Forma Pauperis* ("IFP") and proposed complaint to Chief United States Magistrate Judge David W. Christel pursuant to Amended General Order 11-22. On December 30, 2023, Plaintiff, through counsel, filed a proposed civil complaint and an application to proceed *in forma pauperis* ("IFP"). *See* Dkts. 1; 1-1. The proposed complaint was not properly signed and, on January 2, 2024, the Clerk of Court sent Plaintiff a letter directing him to correct the improper signature by January 16, 2024. Plaintiff has not filed a properly signed proposed complaint.

On the same date that he initiated this case, December 30, 2023, Plaintiff filed a duplicative case. *See Dixon v. Equilon Enterprises LLC*, 3:23-cv-6201-DGE (*Dixon II*). In *Dixon*

ORDER TO SHOW CAUSE - 1

*II*, Plaintiff's proposed complaint contained the same signature deficiency. *See id*. at Dkts. 1-1, 2. The Clerk of Court also directed Plaintiff to cure the deficiency in *Dixon II* and, on January 17, 2024, Plaintiff, through counsel, filed a praecipe with a properly signed proposed complaint. *See id.* at Dkts. 2, 3. The Court has granted Plaintiff's application to proceed IFP in *Dixon II*. *See id*. at Dkt. 4.

As Plaintiff has failed to correct the filing deficiency in this case and has filed a duplicative case, the Court directs Plaintiff to show cause why this case (case no. 3:23-cv-6200-DGE) should not be dismissed. In the alternative, Plaintiff may voluntarily dismiss this case. Plaintiff is directed to respond to this Order to Show Cause on or before February 14, 2024.

The Clerk is directed to note the IFP application (Dkt. 1) for February 14, 2024.

Dated this 31st day of January, 2024.

David W. Christel
Chief United States Magistrate Judge

ORDER TO SHOW CAUSE - 2